UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF:

PARADISE FAMILY, LLC, as owner,
and ANOTHER DAY IN PARADISE
BOAT CLUB, LLC d/b/a FREEDOM
BOAT CLUB, as owner pro hac vice of
the Sun Slide, a 2021 Highwater Marine
motor vessel bearing hull identification
number GDY58370K021 and Florida
Registration FL0869SW, together with
Its Engines, Tackle, Appurtenances,
Equipment, & Etc., in a cause for
Exoneration from or Limitation of Liability,

Case No.: 8:22-cv-2935-JLB-NHA

    Petitioners.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 26), recommending that the Court grant the Petitioners' Motion for Entry of Final Default Judgment of Exoneration Against All Persons and Entities Who Did Not Respond to the Petition for Exoneration or Limitation (Doc. 25).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1)(C).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

1

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made part of this Order for all purposes.

2. The Petitioners' Motion for Entry of Final Default Judgment of Exoneration Against All Persons and Entities Who Did Not Respond to the Petition for Exoneration or Limitation (Doc. 25) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter default judgment for exoneration from or limitation of liability in favor of Petitioners and against any and all claimants who have failed to plead or otherwise defend by the March 6, 2023 deadline. This default judgment does not apply to the claim timely filed by Claimant Randy Rush.  (*See* Doc. 13).

**ORDERED** at Tampa, Florida on March 18, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE